1414

■■■ Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

■ In the Matter of the Accounting of LAURIE C. KALKMAN, as Trustee under L. WILLIAM COULTER FAMILY TRUST Dated July 20, 1994 under Will of L. WILLIAM COULTER, Deceased, Respondent. GEOFFREY R. COULTER, Appellant. [930 NYS2d 171]— ■■■ Present—Scudder, P.J., Peradotto, Green, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA P. BROWN, Appellant. [930 NYS2d 172]—■■■ ■■■ Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ In the Matter of COLONIAL SURETY COMPANY, Appellant, v LAKEVIEW ADVISORS, LLC, et al., Respondents, et al., Respondent. (Appeal No. 2.) [930 NYS2d 508]— ■■■ Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ DANIEL C. OAKES et al., Respondents, v RAJNIKANT PATEL, M.D., et al., Appellants. [930 NYS2d 504]—■ ■■■ Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ FRANK McGUIRE et al., Plaintiffs, and McGUIRE CHILDREN, LLC, Respondent, v WILLIAM L. HUNTRESS et al., Appellants. (Appeal No. 1.) [930 NYS2d 171]— ■■■ Present— Smith, J.P., Carni, Lindley and Gorski, JJ.

■ FRANK McGUIRE et al., Plaintiffs, and McGUIRE CHILDREN, LLC, Respondent, v WILLIAM L. HUNTRESS et al., Appellants. (Appeal No. 2.) [930 NYS2d 171]— ■■■ Present— Smith, J.P., Carni, Lindley and Gorski, JJ.

■ EARTH ENERGY CONSULTANTS, LLC, Appellant, v SENECA COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Respondents. [930 NYS2d 170]—■■■ Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ VICKI JEWETT et al., Respondents-Appellants, v M.D. FRITZ, INC., Doing Business as BURGUNDY ROOM RESTAURANT &

LOUNGE, Appellant-Respondent, BARZMAN, KASIMOV & VIETH, D.D.S., P.C., et al., Respondents, and R.M.F. HOLDING CORPORATION, Appellant. [930 NYS2d 171]—

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

In the Matter of SISTERS OF CHARITY HOSPITAL, Respondent, v RICHARD F. DAINES, M.D., Commissioner of Health, State of New York, et al., Appellants. [930 NYS2d 171]—

Present—Centra, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VIRGINIA RICHARDSON, Appellant. [930 NYS2d 504]—

Present—Scudder, P.J., Fahey, Lindley, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER JONES, Appellant. [930 NYS2d 171]—

Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

ELIZABETH L. HAIDT, Respondent, v JOSEPH F. KURNATH, M.D., Defendant, and HENRY WENGENDER et al., Appellants. [930 NYS2d 171]—

Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

JASON THOME, Respondent, v BENCHMARK MAIN TRANSIT ASSOCIATES, LLC, et al., Appellants, et al., Defendant. [932 NYS2d 20]—

Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

In the Matter of COMMUNICATION WORKERS OF AMERICA, LOCAL 1170, Appellant, v TOWN OF GREECE, Respondent. In the Matter of TOWN OF GREECE, Respondent, v CWA LOCAL 1170 (GOLD BADGE CLUB), on Behalf of THOMAS SCHAMERHORN, Appellant. [932 NYS2d 20]—

Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

In the Matter of ROBERT P. MEEGAN, JR., Individually and as President of Buffalo Police Benevolent Association, et al.,